BEFORE THE THIRD DIVISION, JANUARY 3, 1952

**No. 56224.**—East West Import Co. v. United States, protest 172429–K (Los Angeles).

Opinion by Johnson, J. At the trial it was stipulated that the merchandise consists of decorated chinaware, valued at more than $11.50 but not more than $18 per dozen, such as is itemized in T. D. 51898 as paragraph 212 (second) at "10¢ per doz. and 45% ad val." In view of this stipulation and accepting same as a statement of fact, the claim of the plaintiff was sustained.